UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. RUTH TORRES, et al., | § § § | |
| *Plaintiffs,* | § § | |
| | § | Civil Action No. 3:24-CV-1842-X-BK |
| v. | § § | |
| GREGORY WAYNE ABBOTT, TEXAS GOVERNOR, et al., | § § § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    This case is **DISMISSED WITH PREJUDICE** for failure to state a claim.[1]

2.    The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

Each party shall bear its own costs and fees.   All relief not expressly granted is denied.   This is a final judgment.

---

[1] *See* 28 U.S.C. § 1915(e)(2)(B).

1

**IT IS SO ORDERED** this 28th day of April, 2025.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE